### MULL v. STATE. (No. 12370.)

Court of Criminal Appeals of Texas. Jan. 16, 1929.

James P. Kinnard, of Haskell, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for driving an automobile upon a public road while appellant was intoxicated.

In the absence of statement of facts and bills of exception, nothing is presented for review.

The judgment is affirmed.